# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ALLIANCE OF NONPROFITS FOR INSURANCE, RISK RETENTION GROUP, | 2:10-CV-1749 JCM (RJJ) |
|---|---|
| Plaintiff, | |
| v. | |
| BRETT J. BARRATT, et al., | |
| Defendants. | |

# ORDER

Presently before the court is plaintiff Alliance of Nonprofits for Insurance, Risk Retention Group's motion for preliminary injunction. (Doc. #15). To date, defendants Brett J. Barratt, Commissioner of Insurance of the State of Nevada, the State of Nevada, and the Department of Business and Industry Division of Insurance have not filed an opposition.

In the present motion (doc. #15), plaintiff asks this court to enjoin the defendants from "taking any action whatsoever to enforce the cease and desist [o]rder of the Commissioner of Insurance dated July 13, 2010." However, on December 2, 2010, this court granted a stipulation (doc. #19) to stay enforcement of the cease and desist order. The stipulation (doc. #18) signed by the parties stated that the "enforcement of the [c]ease and [d]esist [o]rder...will be stayed" and that the "[p]laintiff will withdraw its [m]otion for [p]reliminary [i]njunction."

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Alliance of
2 Nonprofits for Insurance, Risk Retention Group's motion for preliminary injunction (doc. #15) be,
3 and the same hereby is, DENIED as moot, pursuant to the stipulation signed by the parties (doc.
4 #19).
5   DATED January 24, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -