Kimberly Maxson-Rushton, Esq.
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM P.A.
Nevada Bar #005065
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
Attorneys for Plaintiff
ALLIANCE OF NONPROFITS FOR
INSURANCE, RISK RETENTION GROUP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLIANCE OF NONPROFITS FOR INSURANCE, RISK RETENTION GROUP<br><br>Plaintiffs,<br><br>vs.<br><br>BRETT J. BARRATT, COMMISSIONER OF INSURANCE OF THE STATE OF NEVADA, STATE OF NEVADA, DEPARTMENT OF BUSINESS AND INDUSTRY DIVISION OF INSURANCE<br><br>Defendants. | CASE NO. 2:10-CV-01749-JCM-RJJ |

### ORDER

This matter was considered at a motion hearing before the court on July 21, 2011. At said time, the court considered plaintiff Alliance of Nonprofits for Insurance, Risk Retention Group's motion for summary judgment (doc. #21) and defendants Brett J. Barratt, Commissioner of Insurance of the State of Nevada, the Department of Business and Industry Division of Insurance, motion for summary judgment (doc. #22).

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's motion for summary judgment (doc. #21) be, and the same hereby is, GRANTED. Defendant's motion for summary judgment is DENIED.

///

CLAC; 1155147.1

1. IT IS FURTHER ORDERED THAT Nev. R. Stat. 485.185, Nev. R. Stat. 679A.030(1) and Nev. R. Stat. 687A.040 and related statutes and regulations of the State of Nevada are preempted by the Liability Risk Retention Act pursuant to the Supremacy Clause of the Constitution, as applied to Alliance of Nonprofits for Insurance, Risk Retention Group insofar as they prohibit plaintiff from issuing first dollar automobile liability insurance policies in the State of Nevada.

IT IS FURTHER ORDERED THAT the phrase "authorized insurer," as used in the Nev. R. Stat. 679A.030, shall be interpreted to include registered risk retention groups such as Alliance of Nonprofits for Insurance, Risk Retention Group.

IT IS FURTHER ORDERED THAT defendants are permanently enjoined from enforcing Nev. R. Stat. 485.185, Nev. R. Stat. 679A.030(1) and Nev. R. Stat. 687A.040 and related statutes and regulations against members of Alliance of Nonprofits for Insurance, Risk Retention Group, insofar as they prohibit plaintiff from issuing first dollar automobile liability insurance policies in the State of Nevada.

IT IS FURTHER ORDERED THAT plaintiff is entitled to a remedy under 42 U.S.C. § 1983 and, therefore is entitled to an award of attorney fees under 42 U.S.C. § 1988 to be set pursuant to FRCP 54.

Dated this 22nd day of July, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

_____
Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 005065
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
Attorneys for Plaintiff
ALLIANCE OF NONPROFITS FOR
INSURANCE, RISK RETENTION GROUP

CLAC; 1155147.1