# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

| | |
|---|---|
| Alliance of Nonprofits for Insurance, Risk Retention Group,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　V.<br><br>Brett J. Barratt, Commissioner of Insurance of the State of Nevada, et al.,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:10-cv-01749-JCM -RJJ |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorneys' fees and costs are awarded in favor of Plaintiff Alliance of Nonprofits for Insurance, Risk Retention Group and against Defendants in the amount of $88,215.91.

| | |
|---|---|
| November 2, 2011 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Erin Smith |
| | (By) Deputy Clerk |